IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, 555 4th Street, NW Washington, D.C. 20530 | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. _____ |
| v. | ) ) | |
| SUNTRUST MORTGAGE, INC. 901 Semmes Ave Richmond, Virginia 23224 | ) ) ) ) | |
| Defendant. | ) ) ) ) ) | |

## CONSENT JUDGMENT

WHEREAS, Plaintiffs, the United States of America, the Consumer Financial Protection Bureau (the CFPB or Bureau) and the States of Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Louisiana, Maine, Maryland, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, North Dakota, Ohio, Oregon, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Washington, West Virginia, Wisconsin, Wyoming, the Commonwealths of Kentucky, Massachusetts, Pennsylvania and Virginia, and the District of Columbia filed their complaint on June 17, 2014, alleging that SunTrust Mortgage, Inc. ("Defendant") either itself or through its affiliates or subsidiaries violated, among other laws, the Unfair and Deceptive Acts

and Practices laws of the Plaintiff States, the Consumer Financial Protection Act of 2010, the False Claims Act, the Financial Institutions Reform, Recovery, and Enforcement Act of 1989, and the Bankruptcy Code and Federal Rules of Bankruptcy Procedure;

WHEREAS, the parties have agreed to resolve their claims without the need for litigation;

WHEREAS, Defendant, by its attorneys, has consented to entry of this Consent Judgment without trial or adjudication of any issue of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

WHEREAS, Defendant, by entering into this Consent Judgment, does not admit any allegations other than those facts of the Complaint deemed necessary to the jurisdiction of this Court and the facts set forth in Attachment A to Exhibit J;

WHEREAS, the intention of the United States, the Bureau, and the States in effecting this settlement is to remediate harms allegedly resulting from the alleged unlawful conduct of the Defendant, either itself or through its affiliates or subsidiaries;

AND WHEREAS, Defendant has agreed to waive service of the complaint and summons and hereby acknowledges the same;

NOW THEREFORE, without trial or adjudication of issues of fact or law, without this Consent Judgment constituting evidence against Defendant except as otherwise noted, and upon consent of Defendant, the Court finds that there is good and sufficient cause to enter this Consent Judgment, and that it is therefore ORDERED, ADJUDGED, AND DECREED:

## I.     JURISDICTION

1.      This Court has jurisdiction over the subject matter of this action pursuant to 28

U.S.C. §§ 1331, 1345, 1355(a), and 1367, 12 U.S.C. § 5565(a)(1), and under 31 U.S.C. § 3732(a)

and (b), and over Defendant.  The Complaint states a claim upon which relief may be granted

against Defendant.  Venue is appropriate in this District pursuant to 28 U.S.C. § 1391(b)(2) and

31 U.S.C. § 3732(a).

## II.     SERVICING STANDARDS

2.      Defendant shall comply with the Servicing Standards, attached hereto as Exhibit

A, in accordance with their terms and Section A of Exhibit E, attached hereto.

## III.     FINANCIAL TERMS

3.      *Payment Settlement Amounts.*  Defendant shall pay or cause to be paid into an

interest bearing escrow account to be established for this purpose the sum of fifty million dollars

($50,000,000), which shall be known as the "Direct Payment Settlement Amount" as specified in

Exhibit F, and which shall be distributed in the manner and for the purposes specified in

Exhibit B.  Defendant shall further pay to the United States Department of Justice the sum of

four hundred and eighteen million dollars ($418,000,000), which shall be known as the "Exhibit

J Settlement Amount" as specified in Exhibit J, plus simple interest on the Settlement Amount at

a rate of 2.375% per annum accruing from March 5, 2014 through March 15, 2014, for a total of

$418,271,986, as described in Exhibit J.  Defendant's payment of the Direct Payment Settlement

Amount shall be made by electronic funds transfer within ten days of receiving notice that the

escrow account referenced in this Paragraph 3 is established or within ten days of the Effective

Date of this Consent Judgment, whichever is later. Defendant's payment of the Exhibit J

Settlement Amount shall be made by electronic funds transfer, pursuant to written instructions to be provided by the United States Department of Justice, within ten days of receiving the written instructions from the United States Department of Justice.  After Defendant has made the required payments, Defendant shall no longer have any property right, title, interest or other legal claim in any funds held in escrow.  The interest bearing escrow account established by this Paragraph 3 is intended to be a Qualified Settlement Fund within the meaning of Treasury Regulation Section 1.468B-1 of the U.S. Internal Revenue Code of 1986, as amended.  The Monitoring Committee established in Paragraph 8 shall, in its sole discretion, appoint an escrow agent ("Escrow Agent") who shall hold and distribute funds as provided herein.  All costs and expenses of the Escrow Agent, including taxes, if any, shall be paid from the funds under its control, including any interest earned on the funds.

4.      *Payments to Foreclosed Borrowers.*  In accordance with written instructions from the State members of the Monitoring Committee, for the purposes set forth in Exhibit C, the Escrow Agent shall transfer from the escrow account to the Administrator appointed under Exhibit C  forty million dollars ($40,000,000) (the "Borrower Payment Amount") to enable the Administrator to provide cash payments to borrowers whose homes were finally sold or taken in foreclosure by Defendant between and including January 1, 2008 and December 31, 2013; who submit claims allegedly arising from the Covered Conduct (as that term is defined in Exhibit G hereto); and who otherwise meet criteria set forth by the State members of the Monitoring Committee; and to pay the reasonable costs and expenses of a Settlement Administrator, including taxes and fees for tax counsel, if any.  Defendant shall also pay or cause to be paid any additional amounts necessary to pay claims, if any, of borrowers whose data is provided to the Settlement Administrator by Defendant after Defendant warrants that the data is complete and

accurate pursuant to Paragraph 3 of Exhibit C.  The Borrower Payment Amount and any other funds provided to the Administrator for these purposes shall be administered in accordance with the terms set forth in Exhibit C.

5.        *Consumer Relief.*  Defendant itself and through its affiliates and subsidiaries, shall provide five hundred million dollars ($500,000,000) of relief to consumers who meet the eligibility criteria in the forms and amounts described in Paragraphs 1-9 of Exhibit D, as amended by Exhibit I, to remediate harms allegedly caused by the alleged unlawful conduct of Defendant.  Defendant shall receive credit towards such obligation as described in Exhibit D as amended by Exhibit I.

### IV. ENFORCEMENT

6.        The Servicing Standards and Consumer Relief Requirements, attached as Exhibits A and D, are incorporated herein as the judgment of this Court and shall be enforced in accordance with the authorities provided in the Enforcement Terms, attached hereto as Exhibit E.

7.        The Parties agree that Joseph A. Smith, Jr. shall be the Monitor and shall have the authorities and perform the duties described in the Enforcement Terms, attached hereto as Exhibit E.

8.        The Parties agree that the Monitoring Committee established pursuant to certain Consent Judgments entered in *United States, et al. v. Bank of America Corp., et al.*, No. 12-civ-00361-RMC (April 4, 2012) (Docket Nos. 10-14) and referenced specifically in paragraph 8 of those Consent Judgments, shall be designated as the committee responsible for performing the role of the Administration and Monitoring Committee, as described in the Enforcement Terms. References to the "Monitoring Committee" in this Consent Judgment and related documents shall be understood to refer to the same Monitoring Committee as that established in the *Bank of*

*America Corp.* case referenced in the preceding sentence, with the addition of a CFPB Member, and the Monitoring Committee shall serve as the representative of the participating state and federal agencies in the administration of all aspects of this Consent Judgment and the monitoring of compliance with it by the Defendant.

## V.    RELEASES

9.    The United States, the Bureau, and Defendant have agreed, in consideration for the terms provided herein, for the release of certain claims, and remedies, as provided in the Federal Release, attached hereto as Exhibit F and in the Origination Release, attached hereto as Exhibit J.  The United States, the Bureau, and Defendant have also agreed that certain claims and remedies are not released, as provided in Paragraph 11 of Exhibit F and as provided in paragraph 3 of Exhibit J.  The releases contained in Exhibit F and Exhibit J shall become effective on the dates and pursuant to the terms provided in those documents.

10.    The Department of Housing and Urban Development and Defendant have agreed, in consideration for the terms provided herein, for the release of certain claims, and remedies, as provided in the Administrative Release, attached hereto as Exhibit K.  The release contained in Exhibit K shall become effective on the date and pursuant to the terms provided in that document.

11.    The State Parties and Defendant have agreed, in consideration for the terms provided herein, for the release of certain claims and remedies, as provided in the State Release, attached hereto as Exhibit G.  The State Parties and Defendant have also agreed that certain claims and remedies are not released, as provided in Part IV of Exhibit G.  The releases contained in Exhibit G shall become effective upon payment of the Direct Payment Settlement Amount by Defendant.

## VII.   OTHER TERMS

12.     In the event that the Defendant (a) does not complete certain consumer relief

activities as set forth in Exhibit D, as amended by Exhibit I ("Consumer Relief Requirements"),

and (b) does not make the Consumer Relief Payments (as that term is defined in Exhibit F

(Federal Release)) and fails to cure such non-payment within thirty days of written notice by the

party, the United States, the Bureau, and any State Party may withdraw from the Consent

Judgment and declare it null and void with respect to the withdrawing party. Nothing in this

paragraph shall be interpreted to affect the releases in Exhibit J, or the release of civil and

administrative claims, remedies, and penalties based on Covered Origination Conduct in Exhibit

K.

13.     This Court retains jurisdiction for the duration of this Consent Judgment to

enforce its terms.  The parties may jointly seek to modify the terms of this Consent Judgment,

subject to the approval of this Court.  This Consent Judgment may be modified only by order of

this Court.

14.     The Effective Date of this Consent Judgment shall be the date on which the

Consent Judgment has been entered by the Court and has become final and non-appealable.  An

order entering the Consent Judgment shall be deemed final and non-appealable for this purpose if

there is no party with a right to appeal the order on the day it is entered.

15.     This Consent Judgment shall remain in full force and effect for three and one-half

years from the date it is entered ("the Term"), at which time the Defendant's obligations under

the Consent Judgment shall expire, except that, pursuant to Exhibit E, Defendant shall submit a

final Quarterly Report for the last quarter or portion thereof falling within the Term and

cooperate with the Monitor's review of said report, which shall be concluded no later than six

months after the end of the Term. The duration of the Servicer's obligations under the Servicing

Standards set forth in Exhibit A shall be reduced to a period of three years from the date of the

entry of the Consent Judgment, if at the end of the third year, the Monitor's two servicing

standard compliance reports immediately prior to that date reflect that the Servicer had no

Potential Violations during those reporting periods, or any Corrective Action Plans that the

Monitor had not yet certified as completed. Defendant shall have no further obligations under

this Consent Judgment six months after the expiration of the Term, but the Court shall retain

jurisdiction for purposes of enforcing or remedying any outstanding violations that are identified

in the final Monitor Report and that have occurred but not been cured during the Term.

16.     Except as otherwise agreed in Exhibit B, each party to this litigation will bear its

own costs and attorneys' fees associated with this litigation.

17.     Nothing in this Consent Judgment shall relieve Defendant of their obligation to

comply with applicable state and federal law.

18.     The sum and substance of the parties' agreement and of this Consent Judgment

are reflected herein and in the Exhibits attached hereto.  In the event of a conflict between the

terms of the Exhibits and paragraphs 1-18 of this summary document, the terms of the Exhibits

shall govern.

SO ORDERED this _____ day of _____, 2014

_____

UNITED STATES DISTRICT JUDGE

8

For the United States:

_____
TONY WEST
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530
Tel.:   202-514-9500
Fax:   202-514-0238

For the Department of Housing and Urban Development:


*Damon Y. Smith*

DAMON Y. SMITH
Acting General Counsel
U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC  20410
Tel.:   202-402-5099
Fax:    202-708-3389

12

For the Consumer Financial Protection Bureau:


LUCY E. MORRIS
Deputy Enforcement Director
CARA PETERSEN
Assistant Litigation Deputy
RACHEL RODMAN
Enforcement Attorney
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Tel.:   202-435-7964

For the Executive Office for U.S. Trustees

RAMONA D. ELLIOTT
General Counsel
441 G St., N.W., Suite 6150
Washington, D.C. 20530
Tel.: 202-307-1399
Fax: 202-307-2397

For the Federal Trade Commission
(as to Exhibit F only):

Yaa Apori
Attorney
Federal Trade Commission
600 Pennsylvania Ave., NW
CC-10232
Washington, DC  20058
Tel:     202-326-3796
Fax:     202-326-3768

For the Department of the Treasury:

*John Sturc by Erik Rosenfeld*

JOHN H. STURC
Chief Counsel
Office of Financial Stability
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C.  20020
Tel:    202-622-5451

For the State of Alaska:

CYNTHIA C. DRINKWATER
Assistant Attorney General
Alaska Attorney General's Office
1031 W. 4th Avenue, Ste. 200
Anchorage, AK  99501
Tel.:   907-269-5200
Fax:   907-264-8554

For the State of Alabama:


_____
NOEL S. BARNES
Assistant Attorney General
Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL  36130
Tel.:  334-242-7335
Fax:  334-242-2433

For the State of Arkansas:

_____
JAMES B. DEPRIEST
Ark. Bar No. 80038
Deputy Attorney General
Office of the Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas  72201
Tel.: 501-682-5028
Fax: 501-682-8118

For the State of Arizona:

THOMAS C. HORNE
Arizona Attorney General
by Jeremy T. Shorbe
Assistant Attorney General
400 W. Congress Street, Suite S315
Tucson, AZ  85701
Tel.:   520-628-6504
Fax:   520-628-6532

For the State of California:

KAMALA D. HARRIS
Attorney General

TINA CHAROENPONG
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel.:   213-897-2000
Fax:   213-897-4951

For the State of Colorado, *ex. rel.*

JOHN W. SUTHERS, Attorney General:

JENNIFER MINER DETHMERS
Assistant Attorney General
Consumer Protection Section
Colorado Attorney General's Office
1300 Broadway, 7th Floor
Denver, Colorado 80203
Tel.:   720-508-6228
Fax:   720-508-6040

For the State of Connecticut:

MATTHEW J. BUDZIK
JOSEPH J. CHAMBERS
Assistant Attorneys General
Office of the Connecticut Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:   860-808-5270
Fax:  860-808-5385

For the District of Columbia:

IRVIN B. NATHAN
Attorney General for the District of Columbia

ELLEN A. EFROS
Deputy Attorney General
Public Interest Division


*Bennett Rushkoff*

BENNETT RUSHKOFF (D.C. Bar #386925)
Chief, Public Advocacy Section
GARY TAN (D.C. Bar #987796)
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 600 South
Washington, DC 20001
Tel: 202-727-5173
Email: bennett.rushkoff@dc.gov; gary.tan@dc.gov

For the State of Delaware:

MATTHEW LINTNER
Director, Fraud Division
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE  19801
Tel.:   302-577-8935
Fax:    302-577-6499

For the State of Florida:

PAMELA JO BONDI
Attorney General

PATRICIA A. CONNERS
Associate Deputy Attorney General

VICTORIA A. BUTLER
Assistant Attorney General
Bureau Chief, Consumer Protection Division
3507 E. Frontage Road
Suite 325
Tampa, FL 33607
Tel:   813-287-7950
Fax:  813-281-5515

For the State of Georgia:

_____
JEFFREY W. STUMP
Assistant Attorney General
Georgia Department of Law
40 Capitol Square, S.W.
Atlanta, Georgia 30334
Tel.:   404-656-3337
Fax:   404-656-0677

For the State of Hawaii:


JAMES C. PAIGE
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813
Tel:   808-586-1180
Fax:  808-586-1205

For the State of Idaho

LAWRENCE G. WASDEN, Attorney General:

_____
STEPHANIE GUYON
Deputy Attorney General
Office of the Idaho Attorney General
954 W. Jefferson St., 2nd Fl.
P.O. Box 83720
Boise, ID 83720-0010
Tel.:   208-334-2424
Fax:   208-334-4151

For the State of Illinois:

LISA MADIGAN
Attorney General


_____
DEBORAH HAGAN
Chief, Consumer Protection Division
SUSAN ELLIS
Chief, Consumer Fraud Bureau
ANDREW DOUGHERTY
Assistant Attorney General
Illinois Attorney General's Office
100 W. Randolph, 12th Floor
Chicago, IL, 60601
Tel.:   312-814-4982
Fax:   312-814-2593

For the State of Indiana:


_____
ABIGAIL LAWLIS KUZMA
Director and Chief Counsel
Consumer Protection Division
Indiana Office of Attorney General
302 West Washington St., IGCS 5th Fl.
Indianapolis, Indiana 46204
Tel.:   317-234-6843
Fax:    317-233-4393

For the State of Iowa:


PATRICK MADIGAN
Assistant Attorney General
Iowa Attorney General's Office
1305 East Walnut St.
Des Moines, IA 50319
Patrick.Madigan@Iowa.gov
Tel:   515-281-5926
Fax:  515- 281-6771

For the State of Kansas:


MEGHAN E. STOPPEL
Assistant Attorney General
Office of the Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
Tel.:   785-296-3751
Fax:   785-291-3699

For the Commonwealth of Kentucky:

JACK CONWAY
Attorney General
Commonwealth of Kentucky
State Capitol, Suite 118
700 Capital Avenue
Frankfort, Kentucky 40601-3449
Tel.:   502-696-5300
Fax:    502-564-2894

For the State of Louisiana:

JAMES D. "BUDDY" CALDWELL
Attorney General
1885 N. Third Street
Baton Rouge, Louisiana  70804
Tel.: 225-326-6705

For The Commonwealth Of
Massachusetts:

MARTHA COAKLEY
Attorney General


LISA R. DYEN
Mass. BBO #676264
*Assistant Attorney General*
Public Protection and Advocacy Bureau
Consumer Protection Division
One Ashburton Place
Boston, MA 02108
Tel: 617-727-2200

For the State of Maine:


JANET T. MILLS
Attorney General
Burton Cross Office Building, 6th Floor
111 Sewall Street
6 State House Station
Augusta, Maine 04330
Tel.:   207-626-8800
Fax:   207-624-7730

For the State of Maryland:

DOUGLAS F. GANSLER
Attorney General


LUCY A. CARDWELL
Assistant Attorney General
Office of the Attorney General
 of Maryland
200 Saint Paul Place
Baltimore, MD  21202
Tel:  410-576-6337
Fax:  410-576-6566

For the State of Minnesota:

LORI SWANSON
Attorney General, State of Minnesota


NATHAN BRENNAMAN
Deputy Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1200
St. Paul, MN 55101-2130
Tel.:   651-757-1415
Fax:   651-296-7438

For the State of Missouri:

CHRIS KOSTER
Attorney General

RYAN S. ASBRIDGE
Missouri Bar No. 61440
Assistant Attorney General
Consumer Protection Division
PO Box 899
Jefferson City, MO  65102
Tel.:   573-751-7677
Fax:   573-751-2041

For the State of Mississippi:

JIM HOOD, ATTORNEY GENERAL

BY:    _Bridgette W. Wiggins_

       Bridgette W. Wiggins, MSB No. 9676
       Special Assistant Attorneys General
       Post Office Box 22947
       Jackson, MS 39225
       Telephone:    601-359-4279
       Facsimile:    601-359-4231

For the State of Montana:


TIMOTHY C. FOX
Attorney General
CHUCK MUNSON
Assistant Attorney General
Montana Department of Justice
215 N. Sanders
Helena MT 59624
Tel.:   406-444-2026
Fax:   406-444-3549

For the Attorney General of North Carolina:

ROY COOPER
Attorney General

PHILLIP K. WOODS
Special Deputy Attorney General
N.C. Department of Justice
P. O. Box 629
Raleigh, NC 27602
Tel.:   919-716-6000
Fax:   919-716-6050
Email:  pwoods@ncdoj.gov

For the State of North Dakota

WAYNE STENEHJEM
Attorney General

PARRELL D. GROSSMAN
(ID No. 04684)
Assistant Attorney General
Director, Consumer Protection and
Antitrust Division
Office of Attorney General
Gateway Professional Center
1050 E Interstate Ave, Ste. 200
Bismarck, ND  58503-5574
Tel:  701-328-5570
Fax: 701-328-5568

For the State of Nebraska:

JON BRUNING
Attorney General

_____

ABIGAIL M. STEMPSON, #23329
Assistant Attorney General
Office of the Attorney General
2115 State Capitol
Lincoln, NE 68509-8920
Tel.:   402-471-2811
Fax:   402-471-4725

For the State of New Hampshire:


JOSEPH A. FOSTER
Attorney General
N.H. Department of Justice
33 Capitol Street
Concord, New Hampshire 03301
Tel.:   603-271-3658
Fax:   603-271-2110

For the State of New Jersey:

JOHN J. HOFFMAN
ACTING ATTORNEY GENERAL OF NEW JERSEY


LORRAINE K. RAK
Deputy Attorney General
Chief, Consumer Fraud Prosecution Section
Division of Law
124 Halsey Street – 5th Floor
P.O. Box 45029
Newark, New Jersey 07101
Tel.:   973-877-1280
Fax:   973-648-4887

For the State of New Mexico:


GARY K. KING, Attorney General
KAREN J. MEYERS, Assistant Attorney General
Office of New Mexico Attorney General
PO Drawer 1508
Santa Fe, NM 87504-1508
Tel:  505-222-9100
Fax:  505-222-9033

For the State of New York:


JANE M. AZIA
Bureau Chief
Bureau of Consumer Frauds & Protection
Office of the New York State Attorney General
120 Broadway
New York, NY 10271
Tel.:   212-416-8727
Fax:   212-416-8787

For the Ohio Attorney General
MIKE DEWINE

MATTHEW J. LAMPKE (0067973)
Mortgage Foreclosure Counsel
Ohio Attorney General
30 E. Broad St., 15th Floor
Columbus, OH 43215
Tel.:   614-466-8569
Fax:   866-403-3979

For the State of Oregon,
Attorney General
ELLEN F. ROSENBLUM:

SIMON WHANG
Assistant Attorney General
Oregon Department of Justice
Financial Fraud/Consumer Protection
1515 SW 5th Avenue, Ste. 410
Portland, OR 97201
Tel.:   971-673-1880
Fax:   971-673-1902

For the State of South Carolina:

_John W. McIntosh_
ALAN WILSON
Attorney General
JOHN W. MCINTOSH
Chief Deputy Attorney General
C. HAVIRD JONES, JR.
Senior Assistant Deputy Attorney General
JARED Q. LIBET
Assistant Deputy Attorney General
South Carolina Attorney General's Office
1000 Assembly Street, Room 519
Columbia, SC 29201
Tel.:   803-734-3970
Fax:   803-734-3677

For the State of South Dakota:

PHILIP D. CARLSON
Assistant Attorney General
South Dakota Attorney General's Office
Consumer Protection Division
1302 E. Highway 14, Suite 1
Pierre, SD 57501
Tel.: 605-773-3215
Fax: 605-773-4106

For the State of Tennessee:

ROBERT E. COOPER, JR.
Attorney General and Reporter
Office of the Tennessee Attorney General
425 Fifth Avenue North
Nashville, TN 37243-3400
Tel.:   615-741-3491
Fax:   615-741-2009

For the State of Texas:

JAMES A. DAROSS
State Bar No. 05391500
Assistant Attorney General
Consumer Protection Division
401 E. Franklin Avenue, Suite 530
El Paso, Texas 79901
Tel.: 915- 834-5800
Fax: 915-542-1546

For the State of Utah:

SEAN D. REYES
Utah Attorney General
350 North State Street, #230
Salt Lake City, UT 84114-2320
Tel.:  801-538-1191
Fax:  801-538-1121

For The Commonwealth of Virginia,
*ex rel.* MARK R. HERRING,
Attorney General:


DAVID B. IRVIN (VSB #23927)
Senior Assistant Attorney General
MARK S. KUBIAK (VSB #73119)
Assistant Attorney General
Office of Virginia Attorney General
900 East Main Street
Richmond, Virginia 23219
Tel.:   804-786-4047
Fax:   804-786-0122

For the State of Vermont:

_____

WILLIAM H. SORRELL
Attorney General
109 State Street
Montpelier VT 05609-1001
(802) 828-3171

For the State of Washington:

ROBERT W. FERGUSON
Attorney General

DAVID W. HUEY, WSBA No. 31380
Senior Counsel
Consumer Protection Division
Office of the Attorney General
1250 Pacific Avenue, Suite 105
PO Box 2317
Tacoma, WA 98402-4411
Tel: (253) 593-5243

For the State of Wisconsin:

J.B. VAN HOLLEN
Attorney General


HOLLY C. POMRANING
Assistant Attorney General
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Tel:   608-266-5410
Fax:   608-267-8906

For the State of  West Virginia:

_____
PATRICK MORRISEY
Attorney General
State Capitol, Room 26E
Charleston, WV  25305-0220
Tel.:   304-558-2021
Fax:    304-558-0140

For the State of Wyoming:

PETER K. MICHAEL
Wyoming Attorney General
Wyoming Attorney General's Office
123 State Capitol Bldg
200 W. 24th Street
Cheyenne, WY 82002
Tel.:  307-777-7847
Fax:  307-777-3435

For SunTrust Mortgage, Inc.:


_____
Jerome T. Lienhard, II
President and CEO
SunTrust Mortgage, Inc.

June 17, 2014